August 29, 2008

Ms. Cynthia Rucker Allen
Whitten Law Firm
P. O. Box 208
Abilene, Tx 79604-0208
Ms. Patricia Kay Dyer
Taylor County District Attorney's Office
400 Oak Street, Suite 120
Abilene, TX 79602

RE: Case Number: 07-0698
 Court of Appeals Number: 11-06-00228-CV
 Trial Court Number: 5969-CX

Style: IN THE INTEREST OF M.N., A CHILD

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed opinions and
judgment in the above-referenced cause.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Mr. Monte Lee |
| |Sherrod |
| |Ms. Patricia Black |
| |Mr. Kenneth G. |
| |Leggett |
| |Ms. Patricia |
| |Henderson |
| |Ms. Sherry |
| |Williamson |